IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONNA WALLACE                                                                          PLAINTIFF

V.                                              NO.  12-2249

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                         DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this October 7, 2013.


*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge


+